**1018**

No. 43. ALBRECHT *v.* HERALD CO., DBA GLOBE-DEMOCRAT PUBLISHING CO., *ante,* p. 145. Motion to dismiss writ of certiorari denied. Petition for rehearing denied. *Lon Hocker* and *Thomas R. Newman* for respondent.

No. 524, Misc. JOHNSON *v.* PATE, WARDEN, *ante,* p. 973;

No. 569, Misc. PULIDO *v.* CALIFORNIA, *ante,* p. 960;

No. 883, Misc. PARKER *v.* MARYLAND ET AL., *ante,* p. 982;

No. 1012, Misc. WHITE *v.* PEYTON, PENITENTIARY SUPERINTENDENT, *ante,* p. 970;

No. 1118, Misc. O'TOOLE *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT, *ante,* p. 985; and

No 1164, Misc. GERBERDING *v.* TAHASH, WARDEN, *ante,* p. 978. Petitions for rehearing denied.

APRIL 16, 1968.

No. 1574, Misc. SPENCER *v.* WABASH CIRCUIT COURT ET AL. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.

APRIL 19, 1968.

No. ——. HARK, INC., DBA PINELLAS GENERAL HOSPITAL *v.* COHEN, ACTING SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 5th Cir. Application for injunctive relief presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *David Linn* and *Terry A. Furnell* for applicant. *Solicitor General Griswold* in opposition.